FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2014 JUL 24  PM 12: 00

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



## SUPERSEDING BILL OF INFORMATION FOR
## MALICIOUSLY CONVEYING FALSE INFORMATION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-24 |
| v. | * | SECTION: "I" |
| JAHVAR HOOKS | * | VIOLATION: 18 U.S.C. § 844(e) |

\*   \*   \*

The United States Attorney charges that:

### COUNT 1

On or about August 12, 2013 through August 19, 2013, in the Eastern District of Louisiana, the defendant, **JAHVAR HOOKS,** by means and use of an instrument of interstate commerce, that is, the telephone, willfully made a threat, or maliciously conveyed false information, knowing the same to be false, concerning alleged attempts to be made to unlawfully

___Fee _____
___Process_____
_X_ Dktd _____
___CtRmDep_____
___Doc. No._____

damage or destroy buildings, by means of explosives; all in violation of Title 18, United States Code, Section 844(e).

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll Number 20896

New Orleans, Louisiana
July 24, 2014

No. 14-24 "T"

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

JAHVAR HOOKS

SUPERSEDING BILL OF INFORMATION FOR MALICIOUSLY CONVEYING FALSE INFORMATION

Violation(s): 18 U.S.C. 844(e)

Filed _____, 20 14

_____, Clerk.

By _____, Deputy

GREGORY M. KENNEDY
*Assistant United States Attorney*